NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE JAMES W. BIONDI and AARON FAND**
**(Real Party in Interest Cardiopulmonary Corporation)**

---

2012-1300
(Serial No. 10/984, 186)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

JOHN J. COTTER, K&L Gates LLP, of Boston, Massachusetts, argued for appellants. With him on the brief was THOMAS A. TURANO.

MEREDITH H. SCHOENFELD, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor, NATHAN K. KELLEY and ROBERT J. MCMANUS, Associate Solicitors.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 21, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |